IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JULIANA HENSLER, )<br>)<br>    *Plaintiff*, )<br>)<br>vs. )<br>)<br>CITY OF O'FALLON, ILLINOIS, )<br>)<br>    *Defendant.* ) | Case No. 3:09-cv-00268-DRH-PMF |

<u>MOTION FOR WITHDRAWAL</u>

Defendant City of O'Fallon ("Defendant") hereby moves this Court for the entry of an Order allowing William M. Lawson to withdraw as attorney for Defendant and have his name removed from the service list in this matter since Mr. Lawson no longer represents Defendant.

WHEREFORE, Defendant prays that this Honorable Court will enter an Order withdrawing the appearance of William M. Lawson and removing his name from the service list in this matter.

            THE LOWENBAUM PARTNERSHIP, L.L.C.

            BY:   */s/ William M. Lawson*
                   WILLIAM M. LAWSON
                   COREY L. FRANKLIN
                   *222 S. Central Avenue, Suite 901*
                   *St. Louis, Missouri 63105*
                   *(314) 863-0092 (telephone)*
                   *(314) 746-4848 (facsimile)*
                   *wlawson@lowenbaumlaw.com*
                   *cfranklin@lowenbaumlaw.com*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2010, I filed a true and correct electronic copy of my *Motion for Withdrawal* with the Clerk of the United States District Court for the Southern District of Illinois, via the Court's CM/ECF system to be served by electronic mail upon:

LEE W. BARRON, ESQ.
*Lee W. Barron, P.C.*
*112 Front Street*
*Alton, IL 62002*
*Barronatty@aol.com*

JULIE A. BRUCH
*O'Halloran Kosoff Geitmer & Cook, LLC*
*650 Dundee Road, Suite 475*
*Northbrook, IL  60062*

                                                          */s/ William M. Lawson*