**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JULIANA HENSLER, | ) |
| | ) |
| Plaintiff, | ) |
| | )  Case No.: 09 CV 00268 - DRH - PMF |
| v. | ) |
| | ) |
| CITY OF O'FALLON, | ) |
| | ) |
| Defendant. | ) |

# ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for the City of O'Fallon.

Date: <u>January 25, 2010</u>

<u>s/Edie P. Steinberg</u>
Signature
<u>Edie P. Steinberg</u>
Print Name
<u>650 Dundee Road, Suite 475</u>
Address
<u>Northbrook, Illinois  60062</u>
City, State, Zip Code
<u>847-291-0200</u>
Phone Number
<u>847-291-9230</u>
Fax Number
<u>esteinberg@okgc.com</u>
E-Mail Address

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JULIANA HENSLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 09 CV 00268 - DRH - PMF |
| v. | ) |
| | ) |
| CITY OF O'FALLON, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2010, I electronically filed this **Appearance** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

Lee W. Barron
Lee W. Barron, P.C.
112 Front Street
Alton, IL 62002
barronatty@aol.com

             By: s/Edie P. Steinberg
                Edie P. Steinberg, #6196649
                O'Halloran Kosoff Geitner & Cook, LLC
                650 Dundee Road, Suite 475
                Northbrook, Illinois 60062
                Telephone: (847) 291-0200
                Fax: (847) 291-9230
                e-mail: esteinberg@okgc.com