UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**JULIANA HENSLER,**

**Plaintiff,**

v.

**CITY OF O'FALLON, IL,**

**Defendant.**                                        **No. 09-cv-268-DRH**

### JUDGMENT IN A CIVIL CASE

  **DECISION BY COURT.**  This matter is before the Court on a bench trial that was completed on September 5, 2012.

  **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on July 28, 2011 (Doc. 41), dismissing Count I and the constructive discharge theory contained in Count II and the Order entered on October 25, 2012, this case is **DISMISSED** with prejudice, in its entirety.  Judgment is entered in favor of the Defendant, City of O'Fallon, IL and against the Plaintiff, Juliana Hensler.

               NANCY J. ROSENSTENGEL,
               CLERK OF COURT


            BY:_____/s/*Sara Jennings*_____
                **Deputy Clerk**

Dated: October 25, 2012

Digitally signed by
David R. Herndon
Date: 2012.10.25
14:51:08 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT